```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES McCLANEY,                                                      JUDGMENT
                                                                     07-CV-1199 (JG)
                Plaintiff,

    -against-                                                        FILED
                                                                     IN CLERK'S OFFICE
                                                                     U.S. DISTRICT COURT E.D.N.Y.
MICHAEL J. ASTRUE, Commissioner of
Social Security,                                                     ★ JUL 30 2007 ★

                Defendant.                                           BROOKLYN OFFICE
-----------------------------------------------------------------X
```

An Order of Honorable John Gleeson, United States District Judge, having been filed on July 26, 2007, reversing the Commissioner's decision; and remanding plaintiff's claims for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g); it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed; and that plaintiff's claim is remanded for further administrative proceedings, pursuant to the sixth sentence of 42 U.S.C. § 405(g).

Dated: Brooklyn, New York  
      July 30, 2007

s/Robert C. Heinemann  
ROBERT C. HEINEMANN  
Clerk of Court